REID, AXELROD
Donald S. Honigman, SB# 106914
315 Montgomery Street, Suite 800
San Francisco, CA 94104
Phone:  (415) 451-3300
Fax:     (415) 451-3307

Attorneys for Defendant
TRUCKEE TAHOE AIRPORT DISTRICT,
a public entity

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY McKENZIE,<br><br>        Plaintiff,<br><br>vs.<br><br>TRUCKEE TAHOE AIRPORT DISTRICT, a public entity, and DOES 1-20, inclusive,<br><br>        Defendants.<br>_____/ | CASE NO.:  2:14-cv-00480-JAM-DAD<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT TRUCKEE TAHOE AIRPORT DISTRICT TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT FOR DAMAGES FOR PERSONAL INJURIES; DEMAND FOR JURY TRIAL** |

   Plaintiff AUDREY MCKENZIE ("Plaintiff") and Defendant TRUCKEE TAHOE AIRPORT DISTRICT (hereinafter "Defendant") by and through their counsel of record, HEREBY STIPULATE to a two-week extension of time within which Defendant may respond to the First Amended Complaint for Damages for Personal Injuries; Demand For Jury Trial (hereinafter "First Amended Complaint"), on file in the above-captioned matter.

   The First Amended Complaint was filed and served on June 19, 2014.  No previous extensions of time having been granted to Defendant.  Pursuant to Federal Rules of Civil

Procedure, Rule 15(a)(3) Defendant's response would be due on or before July 3, 2014.  The parties hereby stipulate to an additional two week extension of time.

  WHEREFORE, by stipulation and pursuant to Local Rule 143, the parties agree that Defendant shall have until July 17, 2014 to respond to the First Amended Complaint.

Dated: June 23, 2014            REID, AXELROD

                By:  */s/ Donald S. Honigman*
                  Donald S. Honigman, SB# 106914
                  REID, AXELROD
                  315 Montgomery Street, Suite 800
                  San Francisco, CA 94104
                  Tel: (415) 451-3300
                  Fax: (415) 451-3307
                  dsh@rarmlaw.com

                  Attorneys for Defendant
                  TRUCKEE TAHOE AIRPORT DISTRICT

Dated: June 23, 2014            CASEY GERRY SCHENK
                  FRANCAVILLA BLATT & PENFIELD, LLP

                By:  */s/ Scott C. Cummins*
                  Scott C. Cummins, SB# 060899
                  CASEY GERRY SCHENK
                  FRANCAVILLA BLATT & PENFIELD, LLP
                  110 Laurel Street
                  San Diego, CA 92101
                  Tel: (619) 238-1811
                  Fax: (619) 544-9232
                  scc@cglaw.com

                  Attorneys for Plaintiff
                  AUDREY MCKENZIE

IT IS SO ORDERED

Dated: 6/23/2014                                           /s/ John A. Mendez
                                                          United States District Court Judge
                                                          John A. Mendez