REID, AXELROD
Donald S. Honigman, SB# 106914
315 Montgomery Street, Suite 800
San Francisco, CA 94104
Phone:  (415) 451-3300
Fax:      (415) 451-3307

Attorneys for Defendant
TRUCKEE TAHOE AIRPORT DISTRICT,
a public entity

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY McKENZIE,<br><br>        Plaintiff,<br><br>    vs.<br><br>TRUCKEE TAHOE AIRPORT DISTRICT, a public entity, and DOES 1-20, inclusive,<br><br>        Defendants.<br>_____/ | CASE NO.:  2:14-cv-00480-JAM-DAD<br><br>**JOINT REQUEST FOR MODIFICATION OF SCHEDULING ORDER DEADLINES AND ORDER**<br><br>Hon. John A. Mendez, United States District Judge |

COMES NOW the undersigned parties, by and through their respective undersigned counsel of record, to respectfully request that the Court modify the deadlines in its June 20, 2014 Pre-trial Scheduling Order.  The parties request that all dates, including the February 1, 2016, Trial, be continued at least 120 days to allow adequate time for discovery.

Federal Rules of Civil Procedure, Rule 16(b)(4) provides that "a schedule may be modified only for good cause and with the judge's consent".  Good cause for the modification exists here because despite the diligence of the parties the current schedule cannot reasonably be met.  More specifically, the parties are unable to complete all necessary discovery by the June 19, 2015 deadline for expert witness disclosures and the August 28, 2015, deadline for completion of all discovery.

To date, discovery has been delayed due to the inability of Defendant to obtain Plaintiff's extensive medical records from  Plaintiff's out of state medical care providers, including the Department of Veterans Affairs (VA Sierra Nevada Health Care System) in Reno, Nevada.  Defendant is informed that the Veteran's Administration will not release Plaintiff's medical records without Plaintiff's authorization.  Thus, Defendant immediately requested that Plaintiff provide the required signed Authorization.

The parties have met and conferred and Plaintiff has now agreed to immediately provide Defendant with her signed Authorizations for the release of her medical records.  In addition, in order to facilitate the production of Plaintiff's medical records, and address any of the medical care providers HIPPAA concerns, the parties recently submitted a Proposed Protective Order to the Court which the Court entered.

With an Authorization from Plaintiff, and a Protective Order in place, Defendant should be able to obtain Plaintiff's medical records from the Veteran's Administration.  However, based upon past experience, the Veterans Administration is likely to be very slow in producing Plaintiff's medical records.  Only upon receipt of Plaintiff's medical records will the parties will be able to proceed with their remaining required discovery, including plaintiff's deposition and expert discovery. Plaintiff's counsel reports plaintiff is still treating.  Additional good cause exists to modify the scheduling order because, as discussed below, Plaintiff intends to request leave of Court to name an additional Defendant.

**A.**     **Plaintiff Alleges Continuing Medical Treatment for her Alleged Injuries:**

Plaintiff Audrey McKenzie alleges the following:  Plaintiff was a spectator at an air show at the Truckee Tahoe Airport.  She was in the spectator area near where aircraft were on static display.  She took a step backward and fell over a block used to keep the planes in place that had been left in the spectator area.  She struck her head, suffered a concussion, post-concussion syndrome, right temporal lobe damage.  Her injuries forced her to drop out of the final semester of her master's program and her treatment is continuing.

**B.**     **The Court's June 20, 2014 Pre-trial Scheduling Order:**

On June 20, 2014 the Court issued its STATUS (Pre-trial Scheduling) ORDER.  After review of the parties' Joint Status Report, the Court scheduled the following:

June 19, 2015.  Expert Witness Disclosures.

June 26, 2015.  Supplemental Expert Witness Disclosures.

August 28, 2015.  All Discovery completed.

October 7, 2015.  All dispositive motions filed;

November 4, 2015, at 9:30 a.m.  Hearing on dispositive motions.

December 18, 2015, at 10:00 a.m.  Final Pre-Trial Conference

February 1, 2016, at 9:00 a.m.  Jury Trial (5-7 days).

### C.    The Parties Request Additional Time to Conduct Discovery:

Defendant TRUCKEE TAHOE AIRPORT DISTRICT has made diligent efforts to determine the nature, extent and cause of plaintiff's alleged injuries and damages.  However, to date, Defendant has been unable to obtain Plaintiff's medical records from Plaintiff's out of state medical care providers, including the Department of Veterans Affairs (VA Sierra Nevada Health Care System) in Reno, Nevada, without Plaintiff's signed authorization.

The parties have met and conferred and Plaintiff has now agreed to immediately provide Defendant with her signed Authorizations for the release of her medical records.  In addition, in order to facilitate the production of Plaintiff's medical records, and address any of the medical care provider's  HIPPAA concerns, the parties recently submitted a Proposed Protective Order to the Court.

With an Authorization from Plaintiff, and a Protective Order in place, Defendant should be able to obtain Plaintiff's medical records from the Veteran's Administration.  However, based upon past experience, the Veterans Administration is likely to be very slow in producing Plaintiff's medical records.  Only upon receipt of Plaintiff's medical records will the parties will be able to proceed with their remaining required discovery, including the deposition of Plaintiff Audrey McKenzie, as well as the depositions of Plaintiff's fiancé and son who were allegedly present at the time of the incident, and expert discovery.

Plaintiff's counsel represents that Plaintiff is continuing to receive medical treatment for her alleged injuries.   Thus, no party will be prejudiced by a modification of the pretrial scheduling order.  In fact, greater time is needed to allow the parties to properly assess Plaintiff's alleged damages, her current medical condition, and her prognosis.

**D.**     **Plaintiff Requests Additional Time to Investigate a Potential Defendant:**

Plaintiff is currently considering whether to seek leave of Court to amend the First Amended Complaint to name the Experimental Aircraft Association Chapter 1073 as a Defendant.  Plaintiff believes that the Experimental Aircraft Association may have been involved in the incident.  Modification of the Pretrial Scheduling Order would provide Plaintiff with additional time to investigate the involvement, if any, of the Experimental Aircraft Association. This would enable Plaintiff to determine whether or not the Association should be named as a defendant in this action.

**E.**     **Conclusion:**

Based on the above, the parties respectfully request that the Court modify the deadlines in its June 20, 2014 Pre-trial Scheduling Order.  The parties request that all dates, including the February 1, 2016, Trial, be continued at least 120 days to allow adequate time for discovery.

DATED: April 7, 2015                                       CASEY, GERRY, SCHENK,
                                                                          FRANCAVILLA, BLATT & PENFIELD, LLP


                                                                          /s/ Scott C. Cummins


DATED: April 7, 2015                                       REID, AXELROD


                                                                          /s/ Donald S. Honigman

**[PROPOSED] ORDER MODIFYING SCHEDULING ORDER DEADLINES**

For good cause the Court's June 20, 2014 STATUS (Pre-trial Scheduling) ORDER is modified as follows:

Expert Witness Disclosures on 10/23/2015.

Supplemental Expert Witness Disclosures on 10/30/2015.

All Discovery completed by 12/31/2015.

All dispositive motions filed by 2/10/2016.

Hearing on dispositive motions on 3/9/2016 at 9:30 a.m.

Joint pretrial statement due on or before 4/15/2016.

Final Pre-Trial Conference on 4/22/2016 at 11:00 a.m.

Jury Trial (5-7 days) on 6/6/2016 at 9:00 a.m.

IT IS SO ORDERED.

Dated: 4/7/2015                                    /s/ John A. Mendez_____
                                                   United States District Court Judge