REID AXELROD
Donald S. Honigman, SB# 106914
315 Montgomery Street, Suite 800
San Francisco, CA 94104
Phone:  (415) 451-3300
Fax:      (415) 451-3307

Attorneys for Defendant
TRUCKEE TAHOE AIRPORT DISTRICT,
a public entity

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY McKENZIE,<br><br>         Plaintiff,<br><br>         vs.<br><br>TRUCKEE TAHOE AIRPORT DISTRICT, a public entity, and DOES 1-20, inclusive,<br><br>         Defendants.<br>_____/ | CASE NO.:  2:14-cv-00480-JAM-DAD<br><br>**STIPULATION OF DISMISSAL & ORDER** |

   The parties, pursuant to Federal Rule of Civil Procedure §41(a)(1)(A)(ii), hereby stipulate

that the above-captioned case be dismissed with prejudice, the parties to bear their respective ///

///

///

///

///

///

---

STIPULATION OF DISMISSAL & [PROPOSED] ORDER
- 1 -

costs, including any possible attorney fees or other expenses of litigation.

Dated: September 18, 2015                REID, AXELROD


                                         By:  /s/ Donald S. Honigman
                                              Donald S. Honigman, SB# 106914
                                              REID, AXELROD
                                              315 Montgomery Street, Suite 800
                                              San Francisco, CA 94104
                                              Tel: (415) 451-3300
                                              Fax: (415) 451-3307
                                              dsh@rarmlaw.com

                                              Attorneys for Defendant
                                              TRUCKEE TAHOE AIRPORT DISTRICT


Dated: September 18, 2015                CASEY GERRY SCHENK
                                         FRANCAVILLA BLATT & PENFIELD,
                                         LLP


                                         By:  /s/ Scott C. Cummins
                                              Scott C. Cummins, SB# 060899
                                              CASEY GERRY SCHENK
                                              FRANCAVILLA BLATT & PENFIELD,
                                              LLP
                                              110 Laurel Street
                                              San Diego, CA 92101
                                              Tel: (619) 238-1811
                                              Fax: (619) 544-9232
                                              scc@cglaw.com

                                              Attorneys for Plaintiff
                                              AUDREY MCKENZIE

REID AXELROD
Donald S. Honigman, SB# 106914
315 Montgomery Street, Suite 800
San Francisco, CA 94104
Phone:  (415) 451-3300
Fax:     (415) 451-3307

Attorneys for Defendant
TRUCKEE TAHOE AIRPORT DISTRICT,
a public entity

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

AUDREY McKENZIE,

      Plaintiff,

vs.

TRUCKEE TAHOE AIRPORT DISTRICT, a public entity, and DOES 1-20, inclusive,

      Defendants.
_____/

CASE NO.:  2:14-cv-00480-JAM-DAD

**ORDER ON STIPULATION OF DISMISSAL**

On September 18, 2015, the parties jointly submitted a Stipulation of Dismissal to the Court.  Accordingly, the instant matter is dismissed with prejudice, and the parties will bear their own respective costs, including attorney fees and other litigation expenses.

IT IS SO ORDERED.

Dated:  9/22/2015                         /s/ John A. Mendez_____
                                             United States District Court Judge